# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **YILVER PONCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1179** |
| **TIMOTHY KEITH, WARDEN** | **SECTION "E"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Yilver Ponce for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this 19th day of June, 2017.**

_____
**UNITED STATES DISTRICT JUDGE**